■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN EISWORTH, Appellant.—Judgment unanimously modified, on the law and facts and in the interest of justice, by reducing the sentence to a one-year definite sentence in the Orleans County Jail and, as so modified, affirmed. Memorandum: Giving consideration to all the surrounding facts and circumstances, we feel that the sentence imposed by the trial court (an indeterminate sentence with a maximum of seven years) was excessive and constituted an improvident exercise of discretion. We, therefore, reduce the sentence pursuant to the provisions of CPL 470.15 (subd 2, par [c]). (See *People v Snyder,* 40 AD2d 754.) (Appeal from judgment of Orleans County Court—criminal possession of controlled substance, sixth degree.) Present—Marsh, P. J., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ.

■ ROMAN J. WILCZAK, Respondent, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.—Order unanimously affirmed, with costs. Memorandum: The court may always resettle its orders upon motion of a party, his attorney or *sua sponte* upon proper notice to all parties when the order does not accurately recite the decision of the court (see CPLR 5015; *Matter of Samson,* 60 AD2d 964; 2 Carmody-Wait 2d, NY Prac, § 8:125 *et seq.).* (Appeal from order of Oneida Supreme Court—disqualify attorneys.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.

■ In the Matter of EDWARD C. HALL, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner.—Resignation accepted and name stricken from roll of attorneys. Present—Marsh, P. J., Cardamone, Simons, Hancock, Jr., and Witmer, JJ.

■ In the Matter of MERWIN MOREHOUSE, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. —Resignation accepted and name stricken from roll of attorneys. Present—Marsh, P. J., Moule, Simons, Dillon and Hancock, Jr., JJ.